IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO.  18-MJ-000-564 BPB |
| vs. ) | |
| ) | |
| **JOHN RUSSELL WILLIAMS,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by and through John C. Anderson, United States Attorney, and Niki Tapia-Brito, Assistant United States Attorney, hereby moves the court for an order dismissing criminal complaint 18-MJ-564 (Doc. 1), and as grounds therefore states:

1.	The criminal complaint presently charges defendant with a violation of 18 U.S.C. § 875(c):  Interstate Transmission of Threatening Communications.  (Doc. 1).

2.	The defendant is currently in the custody of the State of New Mexico on unrelated charges.

3.	An initial appearance on this matter has not been scheduled.

4.	Mr. Williams is not known to be represented by counsel as to this matter. Therefore, the United States was unable to seek the position of defense counsel as to this cause.

5.	A related case, <u>United States v. Dylan. Y</u>. (a juvenile), is assigned to the Honorable Judge Martha Vazquez, 18-CR-565-MV.

6.	The United States reviewed the investigation and requests that this matter be dismissed without prejudice as to this defendant, John Russell Williams, only.

WHEREFORE, the United States respectfully requests that the Court enter an order

dismissing the criminal complaint without prejudice.

                                                    Respectfully submitted,

                                                    JOHN C. ANDERSON
                                                    United States Attorney

                                                  ***Electronically filed on 05/06/2018***
                                                    NIKI TAPIA-BRITO
                                                    Assistant United States Attorney
                                                    PO Box 607
                                                    Albuquerque, New Mexico  87103
                                                    (505) 346-7274

I hereby certify that on June 6, 2018
I filed the foregoing electronically through
the CM/ECF system, which caused Counsel
for the Defendant, to be served by Electronic
means, as more fully reflected on the Notice
of Electronic Filing.

                /s/
_____
NIKI TAPIA-BRITO
Assistant United States Attorney